IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN W. MACON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:09-CV-02405-STA-tmp |
| | ) | |
| UT MEDICAL GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR
MODIFICATION OF SCHEDULING ORDER**

Having considered Defendant's Motion for Modification of Scheduling Order and finding the same well-taken, Defendant's motion is hereby GRANTED. The Court has adopted the Magistrate Judge's recommendation that Defendant's Motion to Enforce Settlement Agreement be denied.

IT HEREBY IS ORDERED, ADJUDGED AND DECREED that the parties shall have fourteen (14) days from entry of this Order, that is by September 2, 2010, to submit a new proposed Scheduling Order. The trial of this matter will be reset in a separate order.

Entered this 18th day of August, 2010.

                                                        **s/ S. Thomas Anderson**
                                                        S. THOMAS ANDERSON
                                                        UNITED STATES DISTRICT JUDGE